# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HENRY CHOICE,

    Plaintiff,

vs.                           Case No. 4:13cv418-RH/CAS

GEORGE W. BUSH,
JEB BUSH, and
CONDOLEEZZA RICE,[1]

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, who is pro se, submitted a civil rights complaint on August 1, 2013. Doc. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis. Doc. 2. Good cause having been shown, Plaintiff's in forma pauperis motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

At the same time Plaintiff initiated this case, he also initiated case number 4:13cv417. In that case, the Clerk's Office mailed to Plaintiff the Pro Se Notice, doc. 3, which is sent to all pro se litigants upon case initiation. That notice was returned to the

---

[1] Judicial notice is taken that the correct name of the former Federal Reserve Chairman is Alan Greenspan.

Court as undeliverable in case number 4:13cv417. Doc. 4 of that case. Review of the mail return in comparison with Plaintiff's stated address in the complaint and the in forma pauperis motion, docs. 1-2, reveals an incorrect address on the docket. In fairness to the Clerk's Office, however, Plaintiff's handwriting is difficult to decipher. Judicial notice is taken that an address exists for 8715 Perker Lane in Tallahassee, but not for 8715 Pekker Lane, the address listed on the docket. Thus, the Clerk of Court shall correct the docket to reflect Plaintiff's correct mailing address.[2]

Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d). Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989). The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless." *Id.* This case lacks both an arguable basis in law and presents factual assertions that are groundless. Plaintiff's allegations against all three Defendants are incomprehensible and fail to allege any injury or harm to Plaintiff. Doc. 1. Because the complaint lacks merit and amendment appears futile, dismissal is appropriate.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion to proceed in forma pauperis, doc. 2, is **GRANTED**.

2. The Clerk of Court correct the docket to reflect Plaintiff's address as 8715 Perker Lane in Tallahassee, Florida 32317.

---

[2] It is assumed Plaintiff will receive mail at this address as the in forma pauperis motion indicates he may be homeless as he identifies a financial obligation to the Shelter and advises the address listed belongs to his brother, Raleigh Choice. Doc. 2.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** as frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on September 12, 2013.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**