**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY CHOICE,

    Plaintiff,

v.                                          CASE NO. 4:13cv418-RH/CAS

GEORGE W. BUSH et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3. No objections have been filed. The recommendation is for dismissal of the complaint on the court's own motion.

A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these. *See*, *e.g.*, *Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856, 2006 WL 2671928, at *3 (11th Cir. 2006) (unpublished); *see also Jefferson Fourteenth Associates v. Wometco de Puerto Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983). Here the report and recommendation

gave the plaintiff adequate notice, and he had an opportunity to respond by filing objections.

The report and recommendation correctly concludes that the complaint should be dismissed as frivolous. Although the complaint gives no reason to believe the plaintiff will be able to file a nonfrivolous amended complaint, this order affords the plaintiff one final opportunity to do so. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The complaint is dismissed as frivolous. The plaintiff may file an amended complaint by November 12, 2013. The clerk must refer any amended complaint directly to me, not to the magistrate judge. If the plaintiff does not file an amended complaint, a judgment of dismissal will be entered.

SO ORDERED on October 23, 2013.

s/Robert L. Hinkle  
United States District Judge
