**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY CHOICE,

    Plaintiff,

v.                                             CASE NO. 4:13cv418-RH/CAS

GEORGE W. BUSH et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Based on the order of October 23, 2013, and the plaintiff's failure to file an amended complaint as authorized by that order,

IT IS ORDERED:

The clerk must enter a judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on November 26, 2013.

                                                 s/Robert L. Hinkle
                                               United States District Judge